UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT D'VAUGHN ALVES, SR., aka BRENT D'VAUGHN ALVES, <br><br>　　　　　Petitioner, <br><br>vs. <br><br>M. KRAMER, <br><br>　　　　　Respondent. | Case No. CV 06-7967-CBM(RC) <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Second Amended Petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a _de novo_ determination.

　　　IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) directing that Judgment be entered denying the Second Amended Petition and dismissing the action with prejudice.

//

1  IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Magistrate Judge's Report and Recommendation by the United States mail on petitioner.

DATED: _11/1/08_____

_____
CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE

R&Rs\06/7967.ado
9/29/08