JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT D'VAUGHN ALVES, SR., aka BRENT D'VAUGHN ALVES, <br><br>        Petitioner, <br><br>vs. <br><br>M. KRAMER, <br><br>        Respondent. | ) Case No. CV 06-7967-CBM(RC) <br> ) <br> ) <br> ) JUDGMENT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

 IT IS ADJUDGED that Judgment be entered denying the Second Amended Petition and dismissing the action with prejudice.

DATED: _11/1/08_____

_____
CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE

R&R\06-7967.jud
9/29/08